UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN GRAY, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civil Action No.: 07 Civ. 9790 (SHS) |
| | ECF Case |
| v. | |
| CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-20, | |
| Defendants | |
| SHAUN ROSE, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civil Action No.: 07 Civ. 10294 (SHS) |
| | ECF Case |
| v. | |
| CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-10, | |
| Defendants | |
| MEREDITH TRANBERG, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civil Action No.: 07 Civ. 10341 (SHS) |
| | ECF Case |
| v. | |
| CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-20, | |
| Defendants | |

ANTON RAPPOLD, individually and on behalf of all others similarly situated,

          Plaintiff,

         v.

CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-20,

          Defendants

Civil Action No.:  07 Civ. 10396 (SHS)

ECF Case

---

SAMIER TADROS, individually and on behalf of all others similarly situated,

          Plaintiff,

         v.

CITIGROUP INC., CHARLES O. PRINCE, C. MICHAEL ARMSTRONG, ALAIN J. P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ RAMIREZ, ANN DIBBLE JORDAN, KLAUS KLEINFELD, ANDREW N. LIVERIS, ANNE MULCAHY, RICHARD D. PARSONS, JUDITH RODIN, ROBERT E. RUBIN, FRANKLIN A. THOMAS, JOHN DOES 1-20 (BEING CURRENT AND FORMER MEMBERS OF THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC.) and JOHN DOES 21-40 (BEING CURRENT AND FORMER MEMBERS OF THE INVESTMENT COMMITTEE OF THE CITIGROUP INC. 401(K) PLAN,

          Defendants

Civil Action No.:  07 Civ. 10442(SHS)

ECF Case

STEPHAN FIORINO, individually and on behalf of all others similarly situated,

               Plaintiff,

          v.

CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-20,

               Defendants

Civil Action No.: 07 Civ. 10458 (SHS)

ECF Case

---

JAMES BOLLA, individually and on behalf of all others similarly situated,

               Plaintiff,

          v.

CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-20,

               Defendants

Civil Action No.: 07 Civ. 10461 (SHS)

ECF Case

MARK GEROULO, individually, on behalf of
the CITIGROUP 401(k) Plan, the
CITIBUILDER 401 (K) PLAN FOR PUERTO
RICO, and all others similarly,

                    Plaintiff,

CITIGROUP, INC., CITIBANK, N.A., THE
PLAN ADMINISTRATIVE COMMITTEE
OF CITIGROUP, INC., MICHAEL E.
SCHLEIN, JOHN DOES 1-10, THE
CITIGROUP 401(k) PLAN INVESTMENT
COMMITTEE and JOHN DOES 10-20, C.
MICHAEL ARMSTRONG, ALAN J.P.
BELDA, GEORGE DAVID, KENNETH T.
DERR, JOHN M. DEUTCH, ROBERTO
HERNANDEZ, ANN DIBBLE JORDAN,
ANDREW N. LIVERIS, DUDLEY C.
MECUM, ANNE M. MULCAHY, RICHARD
D. PARSONS, ANDRALL E. PEARSON,
CHARLES PRINCE, JUDITH RODIN,
ROBERT E. RUBIN, FRANKLIN A.
THOMAS and SANFORD I. WEILL,

                    Defendants.

Civil Action No.:  07 Civ. 10461 (SHS)

ECF Case

ALAN STEVENS, On Behalf of Himself and
All Others Similarly Situated,

                               Plaintiff,

            v.

CITIGROUP INC., CITIBANK, N.A.,
CHARLES PRINCE, C. MICHAEL
ARMSTRONG, ALAIN J.P. BELDA,
GEORGE DAVID, KENNETH T. DERR,
JOHN M. DEUTCH, PETER JOHNSON,
ROBERTO HERNANDEZ RAMIREZ,
ANDREW N. LIVERIS, ANNE
MULCAHEY, RICHARD D. PARSONS,
JUDITH RODIN, OBERT E. RUBIN,
ROBERT L. RYAN, FRANKLIN A.
THOMAS, THE PLANS ADMINISTRATION
COMMITTEE OF CITIGROUP, INC., THE
INVESTMENT COMMITTEE and JOHN
DOES 1-30,

                          Defendants.

Civil Action No.:  07 Civ. 11156 (SHS)

ECF Case

STEPHEN GOLDSTEIN, On Behalf of
Himself and All Others Similarly Situated,

                               Plaintiff,

                      v.

CITIGROUP INC., THE PLANS
ADMINISTRATION COMMITTEE OF
CITIGROUP, INC., MICHAEL E. SCHLEIN,
CHARLES PRINCE, C. MICHAEL
ARMSTRONG, ALAIN J.P. BELDA,
GEORGE DAVID, KENNETH T. DERR,
JOHN M. DEUTCH, ROBERTO
HERNANDEZ RAMIREZ, ANDREW N.
LIVERIS, ANNE MULCAHEY, RICHARD
D. PARSONS, JUDITH RODIN, ROBERT E.
RUBIN, ROBERT L. RYAN, AND
FRANKLIN A. THOMAS, and JOHN DOES
1-30,

                          Defendants.

Civil Action No.:  07 Civ. 11158 (SHS)

ECF Case

CHRIS SOUTHARD, On Behalf of Himself
and All Others Similarly Situated,

                    Plaintiff,

          v.

CITIGROUP INC., CHARLES O. PRINCE,
C. MICHAEL ARMSTRONG, ALAIN J.P.
BELDA, GEORGE DAVID, KENNETH T.
DERR, JOHN M. DEUTCH, ROBERTO
HERNANDEZ RAMIREZ, ANN DIBBLE
JORDAN, KLAUS KLEINFELD, ANDREW
N. LIVERIS, ANNE MULCAHY, RICHARD
D. PARSONS, JUDITH RODIN, ROBERT E.
RUBIN, FRANKLIN A. THOMAS, JOHN
DOES 1-20 (BEING CURRENT AND
FORMER MEMBERS OF THE PLANS
ADMINISTRATIVE COMMITTEE OF
CITIGROUP INC.) and JOHN DOES 21-40
(BEING CURRENT AND FORMER
MEMBERS OF THE INVESTMENT
COMMITTEE OF THE CITIGROUP INC.
401(K) PLAN),

                    Defendants.

Civil Action No.:  07 Civ. 11164 (SHS)

    ECF Case

FRANCIA BRICK, On Behalf of Himself and
All Others Similarly Situated,

                    Plaintiff,

          v.

CITIGROUP INC., CHARLES PRINCE, THE
PLAN'S ADMINISTRATIVE COMMITTEE
OF CITIGROUP, INC., THE 401(k)
INVESTMENT COMMITTEE, and JOHN
DOES 1-10,

                    Defendants.

Civil Action No.:  07 Civ. 11369

    ECF Case

## NOTICE OF APPEARANCE

The undersigned counsel enters his appearance in the above-captioned matters on behalf of Plaintiff Shaun Rose, and certifies that he is admitted to practice in this Court.

Dated:  January 10, 2008

                              **SCHATZ NOBEL IZARD, P.C.**


                              By: _____/s/_____
                              William Bernarduci (WB-5785)
                              20 Church Street, Suite 1700
                              Hartford, CT 06103
                              Telephone: (860) 493-6292
                              Facsimile:  (860) 493-6290