USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
STEPHEN GRAY, individually and on  :
behalf of all others similarly situated, :
                                   :
           Plaintiff,              :   Civil Action No: 07 Civ. 9790 (SHS)
v.                                 :   & Consolidated actions
                                   :
CITIGROUP INC., CHARLES PRINCE,    :
THE PLANS ADMINISTRATIVE           :
COMMITTEE OF CITIGROUP INC.,       :
THE 401(k) INVESTMENT              :
COMMITTEE, and JOHN DOES 1 - 20,   :
                                   :
           Defendants.             :
------------------------------------------------------------x
SHAUN ROSE, Individually and On    :
Behalf of All Others Similarly Situated, :
                                   :
           Plaintiff,              :   Civil Action No: 07 Civ. 10294
v.                                 :
                                   :
CITIGROUP INC., CHARLES PRINCE,    :
THE PLANS ADMINISTRATIVE           :
COMMITTEE OF CITIGROUP INC.,       :
THE 401(k) INVESTMENT              :
COMMITTEE, and JOHN DOES 1 - 10,   :
                                   :
           Defendants.             :
------------------------------------------------------------x
MEREDITH TRANBERG, individually    :
and on behalf of all others similarly situated :
                                   :
           Plaintiff,              :   Civil Action No: 07 Civ. 10341
v.                                 :
                                   :
CITIGROUP INC., CHARLES PRINCE,    :
THE PLANS ADMINISTRATIVE           :
COMMITTEE OF CITIGROUP INC.,       :
THE 401(k) INVESTMENT              :
COMMITTEE, and JOHN DOES 1 - 20,   :
                                   :
           Defendants.             :
------------------------------------------------------------x

```
------------------------------------------------------x
ANTON RAPPOLD, individually and on          :
behalf of all others similarly situated,    :
                                            :
              Plaintiff,                    :       Civil Action No: 07 Civ. 10396
v.                                          :
                                            :
CITIGROUP INC., CITIBANK, N.A.,             :
CHARLES PRINCE, THE PLANS                   :
ADMINISTRATIVE COMMITTEE OF                 :
CITIGROUP INC., THE 401(k)                  :
INVESTMENT COMMITTEE, and JOHN              :
and JANE DOES 1 - 10,                       :
                                            :
              Defendants.                   :
------------------------------------------------------x
SAMIER TADROS, on Behalf of All             :
Others Similarly Situated,                  :
                                            :
              Plaintiff,                    :       Civil Action No: 07 Civ. 10442
v.                                          :
                                            :
CITIGROUP INC., CHARLES O.                  :
PRINCE, C. MICHAEL ARMSTRONG,               :
ALAIN J.P. BELDA, GEORGE DAVID,             :
KENNETH T. DERR, JOHN M. DEUTCH,            :
ROBERTO HERNANDEZ RAMIREZ,                  :
ANN DIBBLE JORDAN, KLAUS                    :
KLEINFELD, ANDREW N. LIVERIS,               :
ANNE MULCAHY, RICHARD D.                    :
PARSONS, JUDITH RODIN, ROBERT E.            :
RUBIN, ROBERT E. RUBIN, FRANKLIN            :
A. THOMAS, JOHN DOES 1-20 (BEING            :
CURRENT AND FORMER MEMBERS                  :
OF THE PLANS ADMINISTRATIVE                 :
COMMITTEE OF CITIGROUP INC.)                :
and JOHN DOES 21-40 (BEING                  :
CURRENT AND FORMER MEMBERS                  :
OF THE INVESTMENT COMMITTEE                 :
OF THE CITIGROUP INC. 401(K) PLAN),         :
                                            :
              Defendants.                   :
------------------------------------------------------x
```

```
-----------------------------------------------------x
STEPHAN FIORINO, individually and on       :
behalf of all others similarly situated,   :
                                           :
              Plaintiff,                   :      Civil Action No: 07 Civ. 10458
v.                                         :
                                           :
CITIGROUP INC., CITIBANK N.A.,             :
CHARLES PRINCE, THE PLANS                  :
ADMINISTRATIVE COMMITTEE OF                :
CITIGROUP INC., THE 401(k)                 :
INVESTMENT COMMITTEE, and                  :
JOHN DOES 1 - 20,                          :
                                           :
              Defendants.                  :
-----------------------------------------------------x
JAMES BOLLA, individually and on behalf    :
 of all others similarly situated,         :
                                           :
              Plaintiff,                   :      Civil Action No: 07 Civ. 10461
v.                                         :
                                           :
CITIGROUP INC., CITIBANK N.A.,             :
CHARLES PRINCE, THE PLANS                  :
ADMINISTRATIVE COMMITTEE OF                :
CITIGROUP INC., THE 401(k)                 :
INVESTMENT COMMITTEE, and                  :
JOHN DOES 1 - 20,                          :
                                           :
              Defendants.                  :
-----------------------------------------------------x
```

```
-------------------------------------------------------x
MARK GEROULO, individually, on behalf  :
of the CITIGROUP 401(k) Plan, the      :
CITIBUILDER 401 (K) PLAN FOR           :
PUERTO RICO, and all others similarly, :
                                       :
           Plaintiff,                  :      Civil Action No: 07 Civ. 10472
v.                                     :
                                       :
CITIGROUP, INC., CITIBANK, N.A.,       :
THE PLAN ADMINISTRATIVE                :
COMMITTEE OF CITIGROUP, INC.,          :
MICHAEL E. SCHLEIN, JOHN DOES          :
1-10, THE CITIGROUP 401(k) PLAN        :
INVESTMENT COMMITTEE and JOHN          :
DOES 10-20, C. MICHAEL                 :
ARMSTRONG, ALAN J.P. BELDA,            :
GEORGE DAVID, KENNETH T. DERR,         :
JOHN M. DEUTCH, ROBERTO                :
HERNANDEZ, ANN DIBBLE JORDAN,          :
ANDREW N. LIVERIS, DUDLEY C.           :
MECUM, ANNE M. MULCAHY,                :
RICHARD D. PARSONS, ANDRALL E.         :
PEARSON, CHARLES PRINCE, JUDITH        :
RODIN, ROBERT E. RUBIN, FRANKLIN       :
A. THOMAS, SANFORD I. WEILL,           :
                                       :
           Defendants.                 :
-------------------------------------------------------x
```

|  |  |
|---|---|
| ------------------------------------------------------x<br>ALAN STEVENS, on Behalf of Himself<br>and All Others Similarly Situated,<br><br>        Plaintiff,<br>v.<br><br>CITIGROUP INC., CITIBANK, N.A,<br>CHARLES PRINCE, C. MICHAEL<br>ARMSTRONG, ALAIN J.P. BELDA,<br>GEORGE DAVID, KENNETH T. DERR,<br>JOHN M. DEUTCH, PETER JOHNSON,<br>ROBERTO HERNANDEZ RAMIREZ,<br>ANDREW N. LIVERIS, ANNE<br>MULCAHEY, RICHARD D. PARSONS,<br>JUDITH RODIN, ROBERT E. RUBIN,<br>ROBERT L. RYAN, FRANKLIN A.<br>THOMAS, THE PLANS<br>ADMINISTRATION COMMITTEE OF<br>CITIGROUP, INC., THE INVESTMENT<br>COMMITTEE and JOHN DOES 1-30,<br><br>        Defendants.<br>------------------------------------------------------x | Civil Action No: 07 Civ. 11156 |
| STEPHEN GOLDSTEIN, on Behalf of<br>Himself and a Class of Persons Similarly<br>Situated,<br><br>        Plaintiff,<br>v.<br><br>CITIGROUP INC., THE PLANS<br>ADMINISTRATION COMMITTEE OF<br>CITIGROUP, INC., MICHAEL E.<br>SCHLEIN, CHARLES PRINCE, C.<br>MICHAEL ARMSTRONG, ALAIN J.P.<br>BELDA, GEORGE DAVID, KENNETH T.<br>DERR, JOHN M. DEUTCH, ROBERTO<br>HERNANDEZ RAMIREZ, ANDREW N.<br>LIVERIS, ANNE MULCAHEY,<br>RICHARD D. PARSONS, JUDITH<br>RODIN, ROBERT E. RUBIN, ROBERT L.<br>RYAN, AND FRANKLIN A. THOMAS,<br>And JOHN DOES 1-30,<br><br>        Defendants. | Civil Action No: 07 Civ. 11158 |

```
-------------------------------------------------x
CHRIS SOUTHARD, on Behalf of All           :
Others Similarly Situated,                 :
                                           :
           Plaintiff,                      :   Civil Action No: 07 Civ. 11164
v.                                         :
                                           :
CITIGROUP INC., CHARLES O.                 :
PRINCE, C. MICHAEL ARMSTRONG,              :
ALAIN J.P. BELDA, GEORGE DAVID,            :
KENNETH T. DERR, JOHN M. DEUTCH,           :
ROBERTO HERNANDEZ RAMIREZ,                 :
ANN DIBBLE JORDAN, KLAUS                   :
KLEINFELD, ANDREW N. LIVERIS,              :
ANNE MULCAHY, RICHARD D.                   :
PARSONS, JUDITH RODIN, ROBERT E.           :
RUBIN, ROBERT E. RUBIN, FRANKLIN           :
A. THOMAS, JOHN DOES 1-20 (BEING           :
CURRENT AND FORMER MEMBERS                 :
OF THE PLANS ADMINISTRATIVE                :
COMMITTEE OF CITIGROUP INC.)               :
and JOHN DOES 21-40 (BEING                 :
CURRENT AND FORMER MEMBERS                 :
OF THE INVESTMENT COMMITTEE                :
OF THE CITIGROUP INC. 401(K) PLAN),        :
                                           :
           Defendants.                     :
-------------------------------------------------
FRANCIA BRICK, individually and on         :
Behalf of all others similarly situated,   :
                                           :
           Plaintiff,                      :   Civil Action No: 07 Civ. 11369
v.                                         :
                                           :
CITIGROUP INC., CHARLES PRINCE,            :
THE PLAN'S ADMINISTRATIVE                  :
COMMITTEE OF CITIGROUP, INC.,              :
THE 401(k) INVESTMENT COMMITTEE,           :
And JOHN DOES 1-10,                        :
                                           :
           Defendants.                     :
-------------------------------------------------
```

```
-----------------------------------------------------x
WILLIAM and PATRICIA WOODWARD,       :
individually and on Behalf of All Others :
Similarly Situated,                  :
                                     :
            Plaintiffs,              :     Civil Action No: 07cv11207
v.                                   :
                                     :
CITIGROUP INC., CHARLES PRINCE,      :
ROBERT E. RUBIN, C. MICHAEL          :
ARMSTRONG, ALAIN J. P. BELDA,        :
GEORGE DAVID, KENNETH T. DERR,       :
JOHN M. DEUTCH, ROBERTO              :
HERNANDEZ RAMIREZ, ANDREW N.         :
LIVERIS, ANN MULCAHEY, RICHARD       :
D. PARSONS, JUDITH RODIN, ROBERT     :
L. RYAN, FRANKLIN A. THOMAS, ANN     :
DIBBLE JORDAN, KLAUS KLEINFELD       :
AND DUDLEY C. MECUM, and JOHN        :
and JANE DOES 1-10,                  :
                                     :
            Defendants.              :
-----------------------------------------------------
```

## [PROPOSED] ORDER GRANTING APPLICATION OF
## BRUCE F. RINALDI FOR ADMISSION *PRO HAC VICE*

This matter coming before the Court by Motion submitted by Lynda J. Grant, seeking the admission of Bruce F. Rinaldi to the United States District Court for the Southern District of New York *pro hac vice* for purposes of this action, and the Court having considered the Affidavit of Bruce F. Rinaldi submitted in support thereof, and for good cause shown,

IT IS ON this 4th day of Feb., 2008,

ORDERED that:

1.  Bruce F. Rinaldi is hereby granted admission *pro hac vice* to the United States District Court for the Southern District of New York, for the purpose of

appearing in this action, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York;

  2. Bruce F. Rinaldi is required to abide by and is subject to the Local Rules of the United States District Court for the Southern District of New York; and

  3. Bruce F. Rinaldi is required to notify the Court immediately of any matter that affects his standing at the Bar of any court.

                 /s/ [signature]
                 United States District Judge